# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0818

_____

JAIRO LAINEZ PADILLA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

August 30, 2018

PER CURIAM.

In this *Anders*\* appeal, we affirm the judgment and sentence. However, the written sentence contains a scrivener's error. We remand for the trial court to correct the written sentence to reflect that it imposed a public defender application fee. The box for that fee remains unchecked despite the fee being orally imposed and the money included in the total amount in the judgment and sentence. *See Washington v. State*, 37 So.3d 376 (Fla. 1st DCA 2010) (affirming *Anders* appeal but remanding for correction of scrivener's error).

AFFIRMED and REMANDED with instructions.

_____

\* *Anders v. California*, 386 U.S. 738 (1967).

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Candice K. Brower, Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Gainesville, and Melissa Ford, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant, and Jairo Lainez Padilla, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.